Order entered December 3, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

_No. 05-12-00696-CR_

**GUSTAVO RENE CASTILLO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F09-58643-Y**

## ORDER

This appeal is **REINSTATED.**

We **VACATE** our order of November 8, 2012 requiring the trial court to make findings of fact regarding whether appellant has been deprived of the reporter's record. The reporter's record has been filed.

Appellant's brief shall be due **THIRTY DAYS** from the date of this order.

LANA MYERS
JUSTICE